United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CONSUELO VENTURA,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. 5:26-CV-01030** |
| **WALMART INC., *et. al.*,**<br>**Defendants.** | §<br>§<br>§<br>§ | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 8), pertaining to Plaintiff's Motion to Remand, (Dkt. No. 3). The Court referred the matter to the Magistrate Judge for a report and recommendation. (Dkt. No. 4).

In his report and recommendation, Magistrate Judge Bajew recommends that Plaintiff's Motion to Remand, (Dkt. No. 3), be **GRANTED** and that the case be **REMANDED** to the 111th Judicial District Court of Webb County, Texas. Judge Bajew also recommends that Plaintiff's request for attorney's fees be **DENIED**.

Objections to the report and recommendation were due on September 22, 2026, and no objections were filed by any party. Given that there are no objections, pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation and applied the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no abuse of discretion or clearly erroneous findings, the Court hereby **ADOPTS IN WHOLE** the report and recommendation, (Dkt. No. 8). Plaintiff's Motion to Remand, (Dkt. No. 3), is **GRANTED**, and this case is **REMANDED** to the 111th Judicial District Court of Webb County, Texas. Plaintiff's request for attorney's fees is **DENIED**.

It is so **ORDERED**.

**SIGNED** on October 27, 2026.

John A. Kazen
United States District Judge